UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FELIX, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SAN JOSE POLICE DEPT.,<br><br>        Defendant. | Case No. 24-cv-00628 BLF<br><br>**ORDER OF DISMISSAL** |

On February 2, 2024, Plaintiff, proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 3. On the same date, the Clerk sent Plaintiff a notice that IFP application was deficient because he did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison officer. Dkt. No. 5. Plaintiff was provided with another blank IFP application and postage-paid envelope, and advised to respond within twenty-eight days to avoid dismissal. *Id.*

The deadline for responding to the Clerk's notice regarding the deficient IFP application has passed, and Plaintiffs have failed to file the necessary document to complete the IFP application or pay the filing fee. *Id.* Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __March 25, 2024_____

*[signature]*

BETH LABSON FREEMAN
United States District Judge