United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL FELIX, et al.,

        Plaintiffs,

   v.

SAN JOSE POLICE DEPT.,

        Defendant.

Case No. 24-cv-00628 BLF

**JUDGMENT**

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: ___**March 25, 2024**___

                                            _____
                                            BETH LABSON FREEMAN
                                            United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\00628Felix_judgment